**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Phyllis L. Stanley |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 19-12218-ABA |

Social Security number or ITIN   xxx-xx-1773
EIN   __-_____

Social Security number or ITIN   ____
EIN   __-_____

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Phyllis L. Stanley

<u>1/9/24</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-12218-ABA |
| Phyllis L. Stanley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllis L. Stanley, 207 Esibill Ave., Millville, NJ 08332-4665 |
| 518006709 | + | Bureau Of Account Management, 3607 Rosemont Ave, c/o NovaCare, Camp Hill, PA 17011-6904 |
| 518323232 | + | NJSVS, Surcharge Violation System Office, NJSVS, Bankruptcy Unit, PO Box 136, Trenton, NJ 08666-0136 |
| 518006719 | + | Powers Kirn, 728 Marne Highway Suite 200, Moorestown, NJ 08057-3128 |
| 518006722 | + | Southern Oncology Hematology Ass., 1505 W. Sherman Avenue, Suite 101, Vineland, NJ 08360-7059 |
| 518006724 | | State Of New Jersey, PO Box 4850, Surcharge Violation System, Trenton, NJ 08650-4850 |
| 518150689 | + | U.S. Bank Trust National Association, et. al., 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 09 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2024 20:40:00 | U.S. Bank National Association, not in its individ, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 518006708 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 09 2024 20:40:00 | A-1 Collection Service, 2297 Highway 33, Suite 906, c/o Endoscopy Center of SJ, Trenton, NJ 08690-1717 |
| 518006710 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jan 09 2024 20:40:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 518318239 | | Email/Text: ECF@fayservicing.com | Jan 09 2024 20:40:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518006711 | | Email/Text: ECF@fayservicing.com | Jan 09 2024 20:40:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 518006715 | | EDI: IRS.COM | Jan 10 2024 01:34:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518006716 | | EDI: JEFFERSONCAP.COM | Jan 10 2024 01:34:00 | Jefferson Capital Systems, 16 McLeland Road, St. Cloud, MN 56303 |
| 518068815 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 20:57:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518006717 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 09 2024 20:40:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518006718 | | ^ MEBN | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 09 2024 20:37:54 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518068816 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 20:57:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518006720 | ^ | MEBN | Jan 09 2024 20:40:07 | Quality Asset Recovery, 7 Foster Avenue, c/o Cooper Health System, Gibbsboro, NJ 08026-1191 |
| 518006721 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2024 20:40:00 | Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd, Suite 100, Irvine, CA 92618-2132 |
| 518006723 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 09 2024 20:40:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520090412 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2024 20:40:00 | U.S. Bank National Association, et al, c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520090413 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2024 20:40:00 | U.S. Bank National Association, et al, c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9741, U.S. Bank National Association, et al, c/o Rushmore Servicing 75261-9096 |
| 518124609 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2024 20:40:00 | US Bank National Association as trustee for, RMAC Trust Series 2016-CTT c/o, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518006713 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518006714 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518174327 | *+ | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 518006712 | ##+ | Gastroenterology Group Of South Jersey, 602 W. Sherman Ave, Vineland, NJ 08360-7054 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 19-12218-ABA    Doc 53    Filed 01/11/24    Entered 01/12/24 00:13:38    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 26 |

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Andrew B Finberg
    ecfmail@standingtrustee.com

Brian C. Nicholas
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian E Caine
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP3 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dnj@pbslaw.org

Seymour Wasserstrum
    on behalf of Debtor Phyllis L. Stanley mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Stuart H. West
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services swest@pbslaw.org

Stuart H. West
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecf@powerskirn.com

TOTAL: 14